IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                                    PLAINTIFF
ADC #114018

v.                             CASE NO. 3:19-CV-00094 BSM

ST. BERNARD'S HOSPITAL, et al.                                                     DEFENDANTS

## ORDER

Gary Webster must either pay the $400 filing fee or submit an application for leave to proceed *in forma pauperis* within thirty days of this order. If he fails to do so, this case will be dismissed without prejudice. *See* Local Rule 5.5(c)(2). The clerk is directed to send Webster an application to proceed *in forma pauperis*.

IT IS SO ORDERED this 11th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE