IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.  **CASE NO. 3:19-CV-00094 BSM**

**ST. BERNARD'S HOSPITAL, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE