IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                                      PLAINTIFF
ADC #114018

v.                          CASE NO. 3:19-CV-00094 BSM

ST. BERNARD'S HOSPITAL, et al.                                                      DEFENDANTS

## ORDER

Gary Webster's motion for leave to appeal *in forma pauperis* [Doc. No. 19] and for an extension of time to seek *in forma pauperis* status for appeal [Doc. No. 20] are denied as moot. Webster has already been assessed a $35 initial partial filing fee. *See* Doc. No. 17.

IT IS SO ORDERED this 19th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE